| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 1:13CR427 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:21-cr-00414-DMG-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesse Ray Owen <br> CD/CA <br> Pacts # 134184 | Northern District of Ohio | NDOH - PACTS# 54519 |
| | NAME OF SENTENCING JUDGE | |
| | Patricia A. Gaughan | |
| FILED <br> CLERK, U.S. DISTRICT COURT <br> 09/03/2021 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: JBB  DEPUTY | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 02/23/2020 | TO <br> 02/22/2023 |

OFFENSE

18 USC 1956(a)(1)(B)(i) Money Laundering

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  Ohio

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-2-21                                  *[signature]*
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Central  DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/2/21                                  *[signature]*
Effective Date                          United States District Judge